A. F. PETERSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 10002.

Circuit Court of Appeals, Eighth Circuit.

April 30, 1934.

Oscar Mitchell and James G. Nye, both of Duluth, Minn., for petitioner.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review docketed and dismissed, without costs to either party in this court, per stipulation of parties.